JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NELSON,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>AXOS FINANCIAL, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-08275-RGK-SKx<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On January 16, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On January 18, 2024, plaintiff filed a response[11] to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 19, 2024

　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE